FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-1617
_____

JON DAVID PAUL,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

May 9, 2018


PER CURIAM.

　　AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph C. Bodiford, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.